UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No: 20-cr-20599
    Hon. Matthew F. Leitman

D-4 MICHAEL DANESHVAR

    Defendant.
_____/

## ORDER TO PERMIT FILING OF AN EXHIBIT IN THE TRADITIONAL MANNER

Defendant, Michael Daneshvar having moved to file Exhibit B to Defendant's Response to Government's Motion to Revoke Bond in the traditional manner using the United States Postal Service, and the Court being otherwise fully advised;

**IT IS ORDERED** that Exhibit B to Defendant's Response to Government's Motion to Revoke Bond be filed in the traditional manner using the United States Postal Service.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  August 6, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 6, 2021, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764