UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 20-CR-20599
                              Hon. Matthew F. Leitman

D-4 MICHAEL DANESHVAR,

    Defendant.
_____/

## ORDER (1) DENYING GOVERNMENT'S MOTION TO REVOKE DEFENDANT DANESHVAR'S BOND (ECF NO. 60) AND (2) MODIFYING THE CONDITIONS OF DEFENDANT DANESHVAR'S BOND

On August 12, 2021, the Court held a hearing on the Government's Motion to Revoke Defendant Daneshvar's Bond (ECF No. 60). For the reasons stated on the record, the motion is DENIED.

For the reasons further stated on the record, Defendant Daneshvar's bond conditions are modified to include a condition that as of August 26, 2021, neither he personally nor his clinic shall provide treatment for injuries that were caused by automobile accidents. All of the other original conditions of bond remain in full force and effect.

    **IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: August 12, 2021

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 12, 2021, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764